PETITIONS TO REHEAR

ELLIS v. NORTHERN STAR CO.

No. 192PA89

Case below: 326 N.C. 219

Petition by defendants to rehear denied 5 April 1990.

HARWOOD v. JOHNSON

No. 37PA89

Case below: 326 N.C. 231

Petition by defendants to rehear denied 5 April 1990.